UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 14-CV-24831-WILLIAMS**

TAL HILSON,

    Plaintiff,

v.

SUBWAY 28841, INC,
a Florida Corporation d/b/a
SUBWAY #28841,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, TAL HILSON, and Defendant, SUBWAY 28841, INC., (collectively, the "Parties"), by and through their undersigned counsel, stipulate to the dismissal with prejudice of all claims by Plaintiff against Defendant, with each party to bear its own fees and costs; except as stipulated in the confidential settlement agreement.

Respectfully submitted this 17th day of July, 2015.

| | |
|---|---|
| Elizabeth M. Rodriguez | Mark D. Cohen |
| Florida Bar No. 821690 | Florida Bar No. 347345 |
| FordHarrison | Mark D. Cohen, P.A. |
| 100 S.E. 2nd Street, Suite 2150 | 4000 Hollywood Blvd., Suite 435 South |
| Miami, Florida 33131 | Hollywood, Florida 33021 |
| Telephone: (305) 808-2100 | Telephone: (954) 962-1166 |
| Facsimile: (305) 808-2101 | Facsimile: (954) 962-1779 |
| erodriguez@fordharrison.com | mdcohenpa@yahoo.com |
| | |
| s/ Elizabeth M. Rodriguez | s/ Mark D. Cohen |
| Attorneys for Defendant | Attorneys for Plaintiff |

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

Mark D. Cohen, Esq.
Mark D. Cohen, P.A.
4000 Hollywood Blvd.
Presidential Circle, Suite 435 So.
Hollywood, Florida  33021
Telephone: (954) 962-1166
Facsimile:  (954) 962-1779
mdcohenpa@yahoo.com
Counsel for Plaintiff

s/ Elizabeth M. Rodriguez
Attorneys for Defendant

WSACTIVELLP:7723358.1

-2-