UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-CV-24831-WILLIAMS

TAL HILSON,

      Plaintiff,

v.

SUBWAY 28841, INC.,
a Florida Corporation, d/b/a
SUBWAY #28841,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice. (DE 20). Upon review of the Stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees except as provided in the parties' settlement agreement. All pending motions are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 20th day of July, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE